# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA A. CLARK,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>Defendants. | Case No. CIV-14-298-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On July 20, 2015, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. The Magistrate Judge found that the ALJ did not engage in the required analysis on weighing the opinion of Plaintiff's treating physician Dr. Rice. The ALJ concluded that it conflicted with two other reports or opinions and stated only that he did not give it controlling weight. This leaves the reviewing court with no indication whether the conflicts perceived by the ALJ pertained to matters relevant to the disability determination and no indication of the weight he gave Dr. Rice's opinion.

The Government filed an objection on July 29, 2015, arguing that the ALJ gave sufficient reasons for giving diminished weight to Dr. Rice's opinion. The Government requests that the court affirm the final agency decision. As Plaintiff argues in her response, the court must be able to "follow the adjudicator's reasoning" and "determine that correct legal standards [were] applied." Keyes-Zachary v. Astrue, 695 F.3d 1156, 1166 (10th Cir. 2012).

1

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse the ALJ's decision and remand this action for further proceedings is well-supported. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 31st day of August, 2015.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**